FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Andrew O. Wetzel 129237

Print the full name (first - middle - last) and
prisoner number of the plaintiff in this action.

CIVIL ACTION **09-0166**
NO.
SECTION **SECT. N MAG 3**

versus

St. Tammany Parish Jail
St. Tammany Parish Sheriff office.
Jack Strain JR.
Gregory Longino

Print the full name of all defendants in
this action.
**DO NOT WRITE** *et al.*

COMPLAINT

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes (X)  No ( )

TENDERED FOR FILING

JAN 16 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee  *Pauper*
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

B. If your answer to A is "yes", describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to the previous lawsuit

   Plaintiffs  Andrew D. wetzel

   Defendants  ST. Tammany Jail, Sheriff office, Jack Strain, Gregory Longino

2. Court (If federal court, name of the district court; if state court, name the parish.)  U.S. eastern district

3. Docket Number  2:08-cv-04942-KDE-SS

4. Name of judge to whom case was assigned  Kurt D. Engelhardt

5. Disposition (For example: Was this case dismissed? Was it appealed? Is it still pending?)  Still pending

6. Approximate date of filing lawsuit  11-17-2008

7. Approximate date of disposition  Still open

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, which have been dismissed as frivolous, malicious, or for failure to state a claim for which relief can be granted by any federal court?
Yes ( )  No (X)

If your answer is "yes", list the civil action numbers and the disposition of each case. You also must identify in which federal district or appellate court the action was brought.

N/A

II. PLACE OF PRESENT CONFINEMENT: St. Tammany Parish Jail

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓) No ( )

   B. Did you present the facts relating to this complaint in the prisoner grievance procedure? Yes (✓) No ( )

   C. If your answer is "yes",

      1. Attach a copy of all administrative complaints you have filed regarding the claims raised in this lawsuit and copies of all prison responses. If copies are not available, list the number assigned to the complaint(s) and approximate date it was presented to the prison. See Attached

      2. As to each grievance compliant provided or listed above, have you exhausted or completed all steps in the procedure, including appeals? yes all the way to an ARP via the Sheriff

   D. If your answer is NO, explain why you have not done so: N/A

III. Parties

   (In item A below, complete the following information. Do the same for additional plaintiffs, if any.)

   A. Full Name of Plaintiff (First - Middle - Last) Andrew O. Wetzel
      Prisoner Number 129237
      Address P.O. Box #908 Covington, LA 70434
      Date of Birth 7-18-1988
      Date of Arrest 4-3-2008
      Date of Conviction 6/6/2008

Defendants;

(1) Jack Strain JR, Sheriff, St. Tammany Parish Sheriff Office
(2) Gregory Longino, Lieutenant, ST. Tammany Parish Jail

Address for service;
Jack Strain JR: P.O Box 1120 Covington, LA 70434 (OR Same as Below)
Gregory Longino: 1200 Champagne ST. Covington, LA 70433

Atty for both;
Gary L. Hanes
22 So 7th Street
Mandeville, LA 70471

4

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On 1-4-2008 while the pod deputy was not doing his Job I was asslauted By a Doc Inmate, causing me to suffer pain and having a mark and cut on my body. No medical care was given. Doc Inmates Should Not Be housed with parish Inmates.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Medical care and medical Bills as well as other damages as the court seems Fit.

5

# INMATE COMPLAINT FORM

Wetzel Andrew | 129237 | A700
---|---|---
**Inmate's Name** | **Booking Number** | **Housing Assignment**

**DATE OF INCIDENT:** 1-4-2009

**TIME OF INCIDENT:** around 4:45 pm

**PLACE OF INCIDENT:** A700

## COMPLAINT

In A700 on 1-4-2009 around 4:45pm while the Deputy on duty was Shinning his Boots In the pod I was hit By Inmate A702 Bottom a DOC Inmate named _____ causing me to hit the phone on the wall In leaving a Bruise on my cheek and a cut under my arm.

A) I am an Parish Inmate and Should not Be housed with DOC Inmates per State Law, DOC rules, In Parish rules.

B) I was not taken to medical even tho I placed in a medical Sick call.

C) The Deputy Should have Been watching and no taking Parish time to do off-the-clock "Chores"

If I don't hear Back By the 12th I will my ARP for the Sheriff, then my 1983 after the time comes.

1-5-2008 | 1st | [signature]
---|---|---
**Date Filed** | | **Inmates' Signature**

COPY

# INMATE GRIEVANCE

(You must send this to the Warden within 30 days of the incident of which you are complaining. Send to the Warden by following proper rules and procedures. Ask for a copy and print or write legible. Use a separate form for each grievance. Do not file duplicate grievances. The "First Respondent" will respond to you within 15 days however he may request an extension of 5 extra days. If you do not hear from the "First Respondent" within 20 days you may file a Request for a Warden's Review within the following 5 days).

INMATES NAME **Wetzel Andrew**         CELL LOCATION **A703**

INMATE DATE OF BIRTH **7-18-1988**         DATE OF INCIDENT **1-4-09**

NAME & LOCATION OF WITNESSES **A700 Inmates, medical staff**

NAME OF STAFF INVOLVED **Deputy working Pod, medical staff**

SUMMARY OF COMPLAINT **I have filed a complaint about this attack but have heard nothing back on it. I was attacked by a doc inmate on 1-4-09, still nothing had been done yet.**

IS THIS AN EMERGENCY GRIEVANCE? YES **X**       NO _____

SPECIFIC RELIEF DESIRED **Medical Attn, Charges pressed**

INMATE SIGNATURE **Andrew Wet——**

*******************************************************************

## FOR WARDEN'S USE

Grievance # _____                  Date Received _____

Type Grievance _____                Screened by _____

REJECTED: (return & obtain receipt)      RETURNED: (return & obtain inmate receipt)
____ Outside the scope of this procedure because grievances
                                         ____ Multiple complaints; file separate
____ Does not personally affect this inmate    ____ Vague complaint: state more facts / clarify
____ Disciplinary Review Board Decision  ____ Summarize complaint
____ Refusal of mail                     ____ Other:
(specify)_____
____ Court Decision / Pardon - Parole Board
____ Filed more than 30 days after the incident    ____ Accepted & referred to
____ Duplicate grievance by same inmate  Policy / procedure challenge:   yes_____ no_____
____ Other: (specify)

*******************************************************************
## *****INMATE RECEIPT OF RESPONSE TO GRIEVANCE
(Revised Grievance must be re-filed within 30 days of the event which is the basis of the Grievance, if you wish to appeal to the Warden you must do so within 5 days of receiving the Response to the Grievance).

_____         _____
(Date)                     (Inmate Signature)

VI. Plaintiff's Declaration

1) I declare under penalty of perjury that all facts represented in this complaint and any attachments hereto are true and correct.

2) I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

3) I understand that I am prohibited from bringing a civil action in forma pauperis if I have brought three or more civil actions in a court of the United States while incarcerated or detained in any facility that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

4) I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire $350 filing fee and any costs assessed by the Court, which shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

Signed this 16th day of Jan, 2009.

(Signature of Plaintiff)

04/2006

6



Andrew D. Welzel
P.O. Box 908 A703
Covington, LA 70434

NOT CENSORED
ST. TAMMANY PARISH JAIL

Clerk's Office
United States District Court
500 Poydras Street Room C-151
New Orleans, LA 70130