UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW DAVID WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-0166** |
| **ST. TAMMANY PARISH JAIL, ET AL.** | **SECTION: "N"(3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims against the St. Tammany Parish Jail and the St. Tammany Parish Sheriff's Office be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE